# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Elizabeth Bragg,<br><br>    Plaintiff,<br><br>v.<br><br>Betsy DeVos,<br><br>    Defendant. | No. CV-20-00622-PHX-ESW<br><br>**ORDER** |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation, recommending that the Court dismiss Plaintiff Samantha Bragg's ("Plaintiff") Complaint with prejudice. (Doc. 12.) The Magistrate Judge further recommends that the Clerk of the Court terminate this matter in its entirety. (Id.) On July 20, 2020, the Magistrate Judge dismissed Plaintiff's Complaint and granted Plaintiff leave to file her First Amended Complaint by August 21, 2020. (Doc. 11.) On August 27, 2020, finding that Plaintiff failed to file her First Amended Complaint, the Magistrate Judge filed the instant Report and Recommendation. (Doc. 12.) To date, no objection has been filed and the time to do so has passed. Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendations.

**I.   STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## II.  DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## III.  CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 12.)

**IT IS FURTHER ORDERED dismissing** with prejudice Plaintiff's Complaint. (Doc. 1.)

//
//
//
//

**IT IS FURTHER ORDERED** kindly directing the Clerk of the Court to terminate the above-named action in its entirety.

Dated this 30th day of September, 2020.

Honorable Stephen M. McNamee
Senior United States District Judge